## TAYLOR v SENEY

Ohio Appeals, 6th Dist, Lucas Co

Decided Nov 4, 1935

James Harrington Boyd, Toledo, for plaintiff in error.

Geer & Lane, Toledo, for defendant in error.

For full opinion see 6 OO 135; 52 Oh Ap 79.

## DAILY v DOWTY

Ohio Appeals, 9th Dist, Wayne Co

Decided March 31, 1936

Weygandt & Ross, Wooster, for the motion.

Critchfield, Critchfield & Critchfield, Wooster, and Weiser & Weimer, Wooster, contra.

For full opinion see 52 Oh Ap 84.